UNITED STATES BANKRUPTCY COURT          EASTERN DISTRICT OF PENNSYLVANIA
In RE:  Ralph D. Palm, Jr.                                      Case No:  15-18760

# AMENDED - CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used, they shall be read as if in the plural.)*

1. The future earnings of the debtor are submitted to the supervision and control of the trustee.  Debtor and/or debtor's employer shall pay to the trustee the sum of **$875.59**  *monthly* for a period of:  51  months..  From the payments so received, the Trustee shall make disbursements as follows:

    A.   ADMINISTRATIVE CLAIMS.
        1.   Trustee Commissions (as statutorily allowed.)
        2.   Paul H. Herbein Attorney at Law,   Attorney's fees  $2,000.00

B.  PRIORTY CLAIMS
        NONE.

    B.   SECURED CLAIMS

                Bank of America NA, P.O. box 31785, Tampa, FL   33631
                Debtor's interest in this property is surrendered.  Debtor's ex wife is in possession of the premises.

                Santander Bank, Attention Bankruptcy, MC:  10-6438-FB4, 601 Penn Street, Reading, PA  19601
                Post petition payments to be paid outside of the plan.
                Arrearages of $40,999.53 to be paid through the plan.
                .

                TOTAL LENGTH OF PLAN  60


                TOTALAMOUNT OF PLAN:  $45,555.03
            LESS PAYMENTS MADE TO DATE:          900.00

        TOTAL REMAINING DUE:              $44,655.26/51 payments=$875.59

*Debtor shall surrender his federal tax returns and refunds to the chapter 13 trustee each year for the benefit of unsecured creditors.*

.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 *U.S.C./350.*

*Dated: _9/21/2016         _s/  Ralph D. Palm, JR.*