United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ralph D. Palm, Jr.  
    Debtor

Case No. 15-18760-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Oct 06, 2016  
                        Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db         +Ralph D. Palm, Jr.,   2207 River Road,   Reading, PA 19605-2837  
cr         +City of Reading,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,   Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
        CHRISOVALANTE FLIAKOS    on behalf of Creditor    Santander Bank N.A., Formerly Known As Sovereign Bank, N.A. paeb@fedphe.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
        JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., Formerly Known As Sovereign Bank, N.A. paeb@fedphe.com  
        JOSEPH PATRICK SCHALK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com  
        PAUL H. HERBEIN    on behalf of Debtor Ralph D. Palm, Jr. PHERBEIN@AOL.COM, herbeinlaw@gmail.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                           TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RALPH D. PALM, JR
    Debtor

CHAPTER 13

BK. No. 15-18760 REF

## ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation is hereby approved,

shall be, and is hereby made an Order of this Court.

**Date: October 5, 2016**

_____
RICHARD E. FEHLING,
Bankruptcy Judge

FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010
READING, PA 19606

PAUL H. HERBEIN, ESQUIRE, ESQUIRE
2601 Centre Avenue
Reading, PA 19605

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RALPH D. PALM, JR
2207 RIVER ROAD
READING, PA 19605-2837