United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18760-ref
Ralph D. Palm, Jr.                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen              Page 1 of 2           Date Rcvd: Nov 03, 2016
                             Form ID: pdf900             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
```
db              +Ralph D. Palm, Jr.,    2207 River Road,    Reading, PA 19605-2837
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13644286        +Bank of America Home Loans,    P.O. box 31785,    Tampa, FL 33631-3785
13746931         Bank of America, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13644287        +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13644288       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                  Richmond, VA 23238)
13655946         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13644289        +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13695680        +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13644290        +Natl Recover,    2491 Paxton Street,    Harrisburg, PA 17111-1036
13644292        +Santander Bank Na,    1130 Berkshire Blvd,    Wyomissing, PA 19610-1242
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Nov 04 2016 01:48:49     Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2016 01:48:39
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2016 01:48:50     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13667149        +E-mail/Text: bncmail@w-legal.com Nov 04 2016 01:48:48     Cerastes, LLC,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13657155         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2016 01:49:57
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13644291        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 04 2016 01:49:57
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13751004        +E-mail/Text: n.miller@santander.us Nov 04 2016 01:48:59     SANTANDER BANK, N.A.,
                  ATTN: BANKRUPTCY DEPT.,    MC: 10-6438-FB4,    601 PENN STREET,    READING, PA 19601-3544
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
```
              CHRISOVALANTE FLIAKOS    on behalf of Creditor    Santander Bank N.A., Formerly Known As Sovereign
                Bank, N.A. paeb@fedphe.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Reading jwood@portnoffonline.com,
                jwood@ecf.inforuptcy.com
```

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: Nov 03, 2016
                              Form ID: pdf900             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Santander Bank, N.A., Formerly Known As Sovereign Bank, N.A. paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
          PAUL H. HERBEIN    on behalf of Debtor Ralph D. Palm, Jr. PHERBEIN@AOL.COM,   herbeinlaw@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                       TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

RALPH D. PALM, JR.
                                                 : Bankruptcy No. 15-18760REF
        Debtor(s)                   : Chapter 13

ORDER

AND NOW, upon consideration of motion, and after notice and hearing, the above-captioned case is hereby DISMISSED.

                                                                             BY THE COURT

**Date: November 3, 2016**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

PAUL H HERBEIN ESQ
2601 CENTRE AVENUE
READING PA 19605-

RALPH D. PALM, JR.
2207 RIVER ROAD
READING,PA.19605